UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
TRUSTEES OF THE NEW YORK CITY DISTRICT    :
COUNCIL OF CARPENTERS PENSION FUND,       :
WELFARE FUND, ANNUITY FUND, AND           :   23-cv-10349 (AS)
APPRENTICESHIP, JOURNEYMAN RETRAINING,    :
EDUCATIONAL AND INDUSTRY FUND,            :   ORDER
et al.                                    :
                     Petitioners,              :
:
      -v-                                   :
:
                                   X
PRIME INSTALLATIONS, INC.,

                     Respondent.
------------------------------------------------------------------------
ARUN SUBRAMANIAN, United States District Judge:

      On November 27, 2023, Petitioners filed a petition to confirm an arbitration award. Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioners shall file and serve any additional materials with which they intend to support their petition to confirm by **December 19, 2023**. Respondent's opposition, if any, is due on **January 12, 2024**. Petitioners' reply, if any, is due **January 19, 2024**.

      Petitioners shall serve the petition and all supporting papers, as well as this Order, upon Respondent pursuant to Rule 4 of the Federal Rules of Civil Procedure no later than **December 19, 2023**, and shall file an affidavit of such service with the court no later than **December 20, 2023**.

      SO ORDERED.

Dated: November 28, 2023
       New York, New York

                                              ARUN SUBRAMANIAN
                                        United States District Judge